**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NINEPOINT MEDICAL, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20-12618 (KBO) |

## CERTIFICATION OF DEBTOR'S LIST OF CREDITORS

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), a list of creditors (the "List") of NinePoint Medical, Inc. (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") is filed by attachment hereto.

The list has been prepared from the Debtor's books and records. The undersigned hereby certifies that the List contains the names and addresses of all creditors of the Debtor that could be ascertained after diligent inquiry, based on a review of the Debtor's books and records, and is consistent with the information contained therein. To the extent practicable, the List complies with Local Bankruptcy Rule 1007-2(a). The Debtor reserves the right to amend or supplement the List as necessary.

Although the information contained in the List is based on a review of the Debtor's books and records, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtor and its estate to any claims of the potential claimants included in the List. In addition, certain of the parties included in the List may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor and its

---

[1] The last four digits of the Debtor's federal tax identification number are 8687. The service address for the Debtor is c/o Rock Creek Advisors LLC, 555 Fifth Ave., 14th Floor, New York, NY 10017.

estate for purposes of the Chapter 11 Case. Therefore, the List does not, and should not be deemed or otherwise construed to, constitute either (i) a waiver of any defenses of the Debtor and its estate to any claims that may be asserted against the Debtor and its estate or (ii) an acknowledgment or admission of the validity, priority, or amount of any claims that may be asserted against the Debtor and its estate.

I, Brian Ayers, an authorized signatory in this case, declare under penalty of perjury that I have reviewed the attached List and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers and the Debtor's books and records.

Dated: 10/16/2020

Brian Ayers
Chief Restructuring Officer

| | | |
|---|---|---|
| Abigail Carignan<br>140 Shawmut Ave<br>Apt 5B<br>Boston, MA 02118 | Alex Slocum<br>PO Box 48<br>Concord, NH 03302 | Amy Winslow<br>16 Gerber Circle<br>Needham, MA 02494 |
| Arizona Department of Revenue<br>PO Box 29085<br>Phoenix, AZ 85038 | Asahi Intecc USA Inc.<br>Attn: Daniel Flores<br>22 Executive Park<br>Suite 110<br>Irvine, CA 92614-2705 | Beijing Xinhuo VC Co Limited (Zpark Investments)<br>RM 2105 BJ1687<br>Trend Ctr 29-31<br>Cheung Lee St. Chai Wan,<br>Hong Kong |
| Berline John<br>114 South Main Street<br>Natick, MA 01760 | Brian Sundell<br>33 Rogers St<br>Apt 218 Campridge, MA 02142 | California Franchise Tax Board<br>300 South Spring Street<br>Suite 5704<br>Los Angeles, CA 90013-1265 |
| Canvys<br>Attn: Leisha Stevens<br>5169 Eagle Way<br>Chicago, IL 60678-1051 | Charles Carignan<br>140 Shawmut Ave<br>Apt 5B<br>Boston, MA 02118 | Concur Technologies Inc.<br>62157 Collections Center Drive<br>Chicago, IL 60693 |
| Control Point Mechanical Inc<br>165 Memorial Drive, Suite F<br>Shrewsbury, MA 01545 | Corning, Inc.<br>One Riverfront Plaza<br>Corning, NY 14831 | Delaware Office of the Attorney General<br>Department of Justice<br>Carvel State Office Building<br>820 N French Street<br>Wilmington, DE 19801 |
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 | Dennemeyer & Co LLC<br>Attn: Alexandra ARAUZ<br>2 N. Riverside Plaza<br>Suite 1500<br>Chicago, IL 60606 |
| DJ Fabricators Inc.<br>Attn: Mary Ellen Watson<br>94 Turnpike Road<br>Ipswich, MA 01938 | Doug Riker<br>49 Wren Street<br>West Roxbury, MA 02132 | Eman Namati<br>80 Spring Street<br>Concord, MA 01742 |
| Enercon Technologies<br>Attn: Marc Beaudoin<br>25 Northbrook Dr.<br>PO Box 665<br>Gray, ME 04039 | Eric Swanson<br>66 Heperus Ave<br>Gloucester, MA 01930 | Essco Calibration Laboratory<br>27 Industrial Avenue<br>Chelmsford, MA 01824 |
| FEDEX<br>Attn: Britney Gathers<br>PO Box 371461<br>Pittsburg, PA 15250-7461 | Fiber Instruments Sales Inc.<br>161 Clear Road<br>Act # 127226<br>Oriskany, NY 13424 | Florida Department of Revenue<br>Attn: General Counsel<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |

| | | |
|---|---|---|
| Food and Drug Administration<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993 | Fortress Credit Opp III<br>1345 Avenue of Americas<br>New York, NY 10105 | Freudenberg Medical<br>Attn: Dan Siniscalchi<br>2301 Centennial Boulevard<br>Jeffersonville, IN 47130 |
| GoFoton<br>Attn: Walter Boyles<br>28 Worlds Fair Drive<br>Somerset, NJ 08873 | Goodwin Procter<br>100 Northern Avenue<br>Boston, MA 02210 | Grainger<br>DEP. 879073898<br>Act # 879073898<br>Palatine, IL 60038 |
| Halloran, Lukoff, Smith & Tierney, P.C.<br>Attn: Vincent N. Cragin<br>432 County Street<br>New Bedford, MA 02740 | Hendale NinePoint Limited<br>c/o Mourant Ozannes Corporate Services<br>(Cayman) Limited<br>94 Solaris Avenue<br>Camana Bay PO Box 1348<br>Grand Cayman,  KY1-1108<br>Cayman Islands | Hercules Growth Capital<br>400 Hamilton Ave<br>Suite 310<br>Palo Alto, CA 94301 |
| Heritage Packaging<br>Attn: Steve Defusco<br>441 Market Street<br>Lawrence, MA 01843 | Hogan Lovells US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004-1109 | Horizon Technology Finance<br>312 Farmington Avenue<br>Farmington, CT 06032 |
| Hunton Andrews Kurth<br>Attn: Joseph Wigfall<br>PO Box 405759<br>Atlanta, GA 30384 | IHS Global Inc.<br>PO Box 911501<br>Denver, CO 80291 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Intertek Testing Services NA Inc.<br>PO Box 405176<br>Atlanta, GA 30384-5176 | James Moriarty<br>23 Long Hill Road<br>Georgetown, MA 01833 | Jessica Duda<br>22 Claremont Park<br>Unit 3<br>Boston, MA 02118 |
| Kaman Automation<br>62303 Collections Center Drive<br>Chicago, IL 60693-0623 | Katherine Swanson<br>66 Heperus Ave<br>Gloucester, MA 01930 | Kim Drapkin<br>5 Stable Way<br>Medway, MA 02053 |
| Kristen Young-Johnson<br>2826 H Street<br>Sacramento, CA 95816 | Kyocera<br>One Jewel Drive<br>Wilmington, MA 01887 | LFI Inc.<br>1 Industrial Drive South<br>Smithfield, RI 02917 |
| Louisiana Department of Revenue<br>617 North Third St<br>Baton Rouge, LA 70802 | Massachusetts Department of Revenue<br>100 Cambridge Street<br>Boston, MA 02114 | Massachusetts Office of the Attorney General<br>1 Ashburton Place<br>20th Floor<br>Boston, MS 02108 |

Mathew Puthenvilla
66 Stow Street
Waltham, MA 02453

Mathew Sinclair
6 Bow Street
Stoneham, MA 02180

McMaster-Carr
PO Box 7690
Acct # 268092500
Chicago, IL 60680

Mednet Solutions Inc.
Attn: Sean Blank
110 Cheshire Lane
Minnetonka, MN 55305

Melissa Cartoun
9 Newfield Lane
Newtown, CT 06470

Mercury
61 Batterymarch Street
Boston, MA 02110

Metropolitan Telecommunications
PO Box 9660
Manchester, NH 03108-9660

Michael Madden
67 Kendall Road
Temple, NH 03084

MiniCircuits
PO Box 350165
Brooklyn, NY 11235-0003

Misumi USA
26797 Network Place
Chicago, IL 60673-1267

Motion Dynamics Corporation
Attn: Michael Sudofsky
163 Front Street
Marion, MA 02738

Narissa Chang
30 Glenwood Road
Apt 2
Somerville, MA 02145

New England Small Tube
Attn: R. Keary
480 Charles Bancroft Highway
Litchfield Technology Park
Lichfield, NH 03052

New England Wire Technologies
Attn: Cristina Ianno
130 North Main St
Lisbon, NH 03585

New Horizon Communications Corp
PO Box 981073
Boston, MA 02298-1073

New Jersey Division of Taxation
Revenue Processing Center
PO Box 666
Trenton, NJ 08646-0666

New York Dept. of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Newark
33190 Collection Center Drive
Chicago, IL 60693-0331

Newegg.com
17560 Rowland Street
City of Industry, CA 91748

Nima Shokrollahi
15 Dewey Road
Lexington, MA 02420

Nordson Medical Inc.
29 Northwestern Drive
Act # 10453
Salem, NH 03079

Oak Park #12 Realty, LLC
Attn: Fei Shan
8 Oak Park Drive
Bedford, MA 01730

Office of the United States Attorney for the District
of Delaware
c/o US Attorney's Office
Hercules Building
1313 N Market Street
Wilmington, DE 19801

Office of The United States Trustee
Attn: Linda Casey
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Optimark
14 Heath Wood Lane
Chestnut Hill, MA 02467

Paul Newman
17 Worcester Street #6
Boston, MA 02118

Pennsylvania Dept. of Revenue
1846 Brookwood St
Harrisburg, PA 17104

Prospect Venture Partners III, L.P.
435 Tasso Street
Suite 200
Palo Alto, CA 94301

Qualified Cleaning Service
Attn: Paul Kenney
33 Greenfield Drive
Plaistow, NH 03865

Radial Magnets Inc.
108 NW 20th St.
Boca Raton, FL 33431

Rapid Manufacturing
8080 East Crystal Drive
Anaheim, CA 92807

Reimbursement Specialists Inc.
120 Longwater Drive
Suite 102
Norwell, MA 02061

Safety Partners
19A Crosby Drive
Suite 300
Bedford MA, MA 01730

Scott McFadden
4008 NE 178th St
Lake Forest, WA 98155

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn:  Legal Department
200 Vesey Street, Suite 400
New York, NY 10281-1022

Shred-IT USA-Boston
PO Box 13574
New York, NY 10087-3574

Sierra Circuits Inc.
1108, West Evelyn Avenue
Sunnyvale, CA 94086

Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA 95054

Simple Solutions
6 Lowell St.
Billerica, MA 01862

Steris Corporation
5960 Heisley Rd.
Mentor, OH 44060

Steve Fawcett
15 E. Fayetteville St.
Wrightsville Beach, NC 28480

Susan O'Connor
PO Box 2216
Duxbury, MA 02331

Tente Casters Inc.
1389 Solutions Center
Chicago, IL 60677-1003

Texas Comptroller of Pub. Accounts
PO Box 13528
Capitol Station
Austin, TX 78711-3528

The Feinstein Institute for Med Research-Clinical
Attn: Molly Stewart
PO Box 95000-7515
Philadelphia, PA 19195-7515

Third Rock Ventures, L.P.
29 Newbury Street
3rd Floor
Boston, MA 02116

Thorlabs Inc.
56 Sparta Avenue
Act # 174261
Newton, NJ 07860

Uline
PO Box 88741
Acct: 6390618
Chicago, IL 60680-1741

UniFirst Corporation
PO Box 650481
Dallas, TX 75265

University of Washington
4545 Roosevelt Way NE
Suite 400
Seattle, WA 98105-4721

Votacall
1504 Providence Highway
Suite 19
Norwood, MA 02062

W.B. Mason Co. Inc.
PO Box 981101
Acct # C1434809
Boston, MA 02298-1101

Waltham Services
PO Box 540538
Waltham, MA 02454

| | | |
|---|---|---|
| Wells Fargo Financial Leasing<br>PO Box 070241<br>Philadelphia, PA 19176-0241 | Worldwide Express<br>Attn: Ryan McAndrew<br>PO Box 21272<br>New York, NY 10087 | Zachary Swanson<br>66 Heperus Ave<br>Gloucester, MA 01930 |

ZGC Shiner Investment
c/o Management Co., Ltd Attn: Ruibo Xu
12/F, Tower A
No. 7 Beitucheng Road
Chaoyang District
Beijing,  100029
People's Republic of China